# EXHIBIT A
## Plaintiff's Loan Agreement with Balance Credit, dated February 23, 2021

THIS AGREEMENT SHALL NOT CONSTITUTE A "NEGOTIABLE INSTRUMENT"

FEDERAL TRUTH-IN-LENDING DISCLOSURES AND PROMISSORY NOTE

App # ▮▮▮▮▮▮▮▮▮▮▮▮  Date: 02/23/2021

Borrower:
Jassid Tillman
▮▮▮▮▮▮▮▮▮▮▮▮

Lender:
CC Connect, a division of
Capital Community Bank
3280 N. University Avenue
Provo, UT 84604
(855)-942-2526

In the following Federal Truth-In-Lending Disclosures and Promissory Note (the "Note", "Loan" or "Agreement"), "Borrower," "I," "me," and "my" refer to the Borrower who has signed this Note. "Lender," "you," and "your" refer to CC Connect, a division of Capital Community Bank. Capital Community Bank is an FDIC-insured Utah state-chartered bank.

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of my credit as a yearly rate. | The dollar amount the credit will cost me. | The amount of credit provided to me or on my behalf. | The amount I will have paid after I have made all payments as scheduled. |
| 224.00% | $6,378.48 | $2,509.10 | $8,887.58 |

Payment Schedule:

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 1 | $227.91 | 03/12/2021 |
| 2 | $227.91 | 03/26/2021 |
| 3 | $227.91 | 04/09/2021 |
| 4 | $227.91 | 04/23/2021 |
| 5 | $227.91 | 05/07/2021 |
| 6 | $227.91 | 05/21/2021 |
| 7 | $227.91 | 06/04/2021 |
| 8 | $227.91 | 06/18/2021 |
| 9 | $227.91 | 07/02/2021 |
| 10 | $227.91 | 07/16/2021 |
| 11 | $227.91 | 07/30/2021 |
| 12 | $227.91 | 08/13/2021 |
| 13 | $227.91 | 08/27/2021 |
| 14 | $227.91 | 09/10/2021 |
| 15 | $227.91 | 09/24/2021 |
| 16 | $227.91 | 10/08/2021 |
| 17 | $227.91 | 10/22/2021 |
| 18 | $227.91 | 11/05/2021 |
| 19 | $227.91 | 11/19/2021 |
| 20 | $227.91 | 12/03/2021 |

*[Watermark overlay: PAID IN FULL 03/11/2021]*

# EXHIBIT A
## Plaintiff's Loan Agreement with Balance Credit, dated February 23, 2021

| 21 | $227.91 | 12/17/2021 |
|---|---|---|
| 22 | $227.91 | 12/31/2021 |
| 23 | $227.91 | 01/14/2022 |
| 24 | $227.91 | 01/28/2022 |
| 25 | $227.91 | 02/11/2022 |
| 26 | $227.91 | 02/25/2022 |
| 27 | $227.91 | 03/11/2022 |
| 28 | $227.91 | 03/25/2022 |
| 29 | $227.91 | 04/08/2022 |
| 30 | $227.91 | 04/22/2022 |
| 31 | $227.91 | 05/06/2022 |
| 32 | $227.91 | 05/20/2022 |
| 33 | $227.91 | 06/03/2022 |
| 34 | $227.91 | 06/17/2022 |
| 35 | $227.91 | 07/01/2022 |
| 36 | $227.91 | 07/15/2022 |
| 37 | $227.91 | 07/29/2022 |
| 38 | $227.91 | 08/12/2022 |
| 39 | $227.00 | 08/26/2022 |

**Prepayment Penalty:** If I pay off early, I will not have to pay a penalty.
**Late Fee:** If any payment is late for a period of 10 days or more, a late fee may be imposed in an amount equal to the greater of $15 or 5% of the scheduled installment.

*See the remainder of this document for additional information about nonpayment, default, Lender's right to accelerate maturity of the obligation and prepayment refunds and penalties.*

**Itemization of Amount Financed:**
Amount given directly to me — $2,500.00
Plus: Amount credited to my account with you — $0.00
Plus: Amount paid to Florida Department of Revenue, if applicable* — $9.10
Equals: Amount Financed — $2,509.10

PAID IN FULL
03/11/2021

*****Notice to Florida Residents Only**: Florida documentary stamp tax required by law in the amount of $9.10 has been paid or will be paid directly to the Department of Revenue. Certificate of Registration # 78-8017661179-5.

**WARNING:** This Loan is not meant to help me with my long-term credit needs. Repeated or frequent use can create serious financial problems for me. CC Connect encourages me to think about the costs and benefits of all alternatives before borrowing.

Page **20** of **24**

# EXHIBIT B
## Plaintiff's Loan Agreement with Balance Credit, dated July 26, 2021

THIS AGREEMENT SHALL NOT CONSTITUTE A "NEGOTIABLE INSTRUMENT"

FEDERAL TRUTH-IN-LENDING DISCLOSURES AND PROMISSORY NOTE

App # [redacted]   Date: 07/26/2021

**Borrower:**
Jassid Tillman

**Lender:**
CC Connect, a division of
Capital Community Bank
3280 N. University Avenue
Provo, UT 84604
(855)-942-2526

In the following Federal Truth-In-Lending Disclosures and Promissory Note (the "Note", "Loan" or "Agreement"), "Borrower," "I," "me," and "my" refer to the Borrower who has signed this Note. "Lender," "you," and "your" refer to CC Connect, a division of Capital Community Bank. Capital Community Bank is an FDIC-insured Utah state-chartered bank.

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of my credit as a yearly rate. | The dollar amount the credit will cost me. | The amount of credit provided to me or on my behalf. | The amount I will have paid after I have made all payments as scheduled. |
| 224.01% | $7,720.51 | $3,010.85 | $10,731.36 |

**Payment Schedule:**

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 1 | $275.15 | 08/13/2021 |
| 2 | $275.15 | 08/27/2021 |
| 3 | $275.15 | 09/10/2021 |
| 4 | $275.15 | 09/24/2021 |
| 5 | $275.15 | 10/08/2021 |
| 6 | $275.15 | 10/22/2021 |
| 7 | $275.15 | 11/05/2021 |
| 8 | $275.15 | 11/19/2021 |
| 9 | $275.15 | 12/03/2021 |
| 10 | $275.15 | 12/17/2021 |
| 11 | $275.15 | 12/31/2021 |
| 12 | $275.15 | 01/14/2022 |
| 13 | $275.15 | 01/28/2022 |
| 14 | $275.15 | 02/11/2022 |
| 15 | $275.15 | 02/25/2022 |
| 16 | $275.15 | 03/11/2022 |
| 17 | $275.15 | 03/25/2022 |
| 18 | $275.15 | 04/08/2022 |
| 19 | $275.15 | 04/22/2022 |
| 20 | $275.15 | 05/06/2022 |

*[Watermark across page: "PAID IN FULL 08/21/2021"]*

Page **21** of **24**

# EXHIBIT B
## Plaintiff's Loan Agreement with Balance Credit, dated July 26, 2021

| | | |
|---|---|---|
| 21 | $275.15 | 05/20/2022 |
| 22 | $275.15 | 06/03/2022 |
| 23 | $275.15 | 06/17/2022 |
| 24 | $275.15 | 07/01/2022 |
| 25 | $275.15 | 07/15/2022 |
| 26 | $275.15 | 07/29/2022 |
| 27 | $275.15 | 08/12/2022 |
| 28 | $275.15 | 08/26/2022 |
| 29 | $275.15 | 09/09/2022 |
| 30 | $275.15 | 09/23/2022 |
| 31 | $275.15 | 10/07/2022 |
| 32 | $275.15 | 10/21/2022 |
| 33 | $275.15 | 11/04/2022 |
| 34 | $275.15 | 11/18/2022 |
| 35 | $275.15 | 12/02/2022 |
| 36 | $275.15 | 12/16/2022 |
| 37 | $275.15 | 12/30/2022 |
| 38 | $275.15 | 01/13/2023 |
| 39 | $275.66 | 01/27/2023 |

**Prepayment Penalty:** If I pay off early, I will not have to pay a penalty.
**Late Fee:** If any payment is late for a period of 10 days or more, a late fee may be imposed in an amount equal to the greater of $15 or 5% of the scheduled installment.

*See the remainder of this document for additional information about nonpayment, default, Lender's right to accelerate maturity of the obligation and prepayment refunds and penalties.*

**Itemization of Amount Financed:**
| | |
|---|---|
| Amount given directly to me | $3,000.00 |
| Plus: Amount credited to my account with you | $0.00 |
| Plus: Amount paid to Florida Department of Revenue, if applicable* | $10.85 |
| Equals: Amount Financed | $3,010.85 |

*****Notice to Florida Residents Only**: Florida documentary stamp tax required by law in the amount of $10.85 has been paid or will be paid directly to the Department of Revenue. Certificate of Registration # 78-8017661179-5.

**WARNING:** This Loan is not meant to help me with my long-term credit needs. Repeated or frequent use can create serious financial problems for me. CC Connect encourages me to think about the costs and benefits of all alternatives before borrowing.

[PAID IN FULL 08/21/2021 stamp]

Page **22** of **24**

# EXHIBIT C
## Plaintiff's Loan Agreement with Balance Credit, dated November 29, 2021

**THIS AGREEMENT SHALL NOT CONSTITUTE A "NEGOTIABLE INSTRUMENT"**

**FEDERAL TRUTH-IN-LENDING DISCLOSURES AND PROMISSORY NOTE**

**App #** ▮▮▮▮▮▮▮▮▮▮

**Date:** 11/29/2021

**Borrower:**
Jassid Tillman
▮▮▮▮▮▮▮▮▮▮

**Lender:**
CC Connect, a division of
Capital Community Bank
3280 N. University Avenue
Provo, UT 84604
(855)-942-2526

In the following Federal Truth-In-Lending Disclosures and Promissory Note (the "Note", "Loan" or "Agreement"), "Borrower," "I," "me," and "my" refer to the Borrower who has signed this Note. "Lender," "you," and "your" refer to CC Connect, a division of Capital Community Bank. Capital Community Bank is an FDIC-insured Utah state-chartered bank.

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of my credit as a yearly rate. | The dollar amount the credit will cost me. | The amount of credit provided to me or on my behalf. | The amount I will have paid after I have made all payments as scheduled. |
| 214.01% | $7,297.38 | $3,010.85 | $10,308.23 |

**Payment Schedule:**

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 1 | $264.28 | 12/17/2021 |
| 2 | $264.28 | 12/31/2021 |
| 3 | $264.28 | 01/14/2022 |
| 4 | $264.28 | 01/28/2022 |
| 5 | $264.28 | 02/11/2022 |
| 6 | $264.28 | 02/25/2022 |
| 7 | $264.28 | 03/11/2022 |
| 8 | $264.28 | 03/25/2022 |
| 9 | $264.28 | 04/08/2022 |
| 10 | $264.28 | 04/22/2022 |
| 11 | $264.28 | 05/06/2022 |
| 12 | $264.28 | 05/20/2022 |
| 13 | $264.28 | 06/03/2022 |
| 14 | $264.28 | 06/17/2022 |
| 15 | $264.28 | 07/01/2022 |
| 16 | $264.28 | 07/15/2022 |
| 17 | $264.28 | 07/29/2022 |
| 18 | $264.28 | 08/12/2022 |
| 19 | $264.28 | 08/26/2022 |
| 20 | $264.28 | 09/09/2022 |

# EXHIBIT C
## Plaintiff's Loan Agreement with Balance Credit, dated November 29, 2021

| | | |
|---|---|---|
| 21 | $264.28 | 09/23/2022 |
| 22 | $264.28 | 10/07/2022 |
| 23 | $264.28 | 10/21/2022 |
| 24 | $264.28 | 11/04/2022 |
| 25 | $264.28 | 11/18/2022 |
| 26 | $264.28 | 12/02/2022 |
| 27 | $264.28 | 12/16/2022 |
| 28 | $264.28 | 12/30/2022 |
| 29 | $264.28 | 01/13/2023 |
| 30 | $264.28 | 01/27/2023 |
| 31 | $264.28 | 02/10/2023 |
| 32 | $264.28 | 02/24/2023 |
| 33 | $264.28 | 03/10/2023 |
| 34 | $264.28 | 03/24/2023 |
| 35 | $264.28 | 04/07/2023 |
| 36 | $264.28 | 04/21/2023 |
| 37 | $264.28 | 05/05/2023 |
| 38 | $264.28 | 05/19/2023 |
| 39 | $265.59 | 06/02/2023 |

**Prepayment Penalty:** If I pay off early, I will not have to pay a penalty.
**Late Fee:** If any payment is late for a period of 10 days or more, a late fee may be imposed in an amount equal to the greater of $15 or 5% of the scheduled installment.

*See the remainder of this document for additional information about nonpayment, default, Lender's right to accelerate maturity of the obligation and prepayment refunds and penalties.*

**Itemization of Amount Financed:**
| | |
|---|---|
| Amount given directly to me | $3,000.00 |
| **Plus:** Amount credited to my account with you | $0.00 |
| **Plus:** Amount paid to Florida Department of Revenue, if applicable* | $10.85 |
| **Equals:** Amount Financed | $3,010.85 |

*__Notice to Florida Residents Only__: Florida documentary stamp tax required by law in the amount of $10.85 has been paid or will be paid directly to the Department of Revenue. Certificate of Registration # 78-8017661179-5.

**WARNING:** This Loan is not meant to help me with my long-term credit needs. Repeated or frequent use can create serious financial problems for me. CC Connect encourages me to think about the costs and benefits of all alternatives before borrowing.

Page **24** of **24**