**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

Case No. 0:22-cv-61644-DPG

**JASSID TILLMAN**,

        Plaintiff,

v.

**SUNUP FINANCIAL, LLC, AND**
**CAPITAL COMMUNITY BANK, INC.**,

        Defendants.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, Jassid Tillman, to notify this court pursuant to Local Rule 16.4 that he has reached a settlement with Defendants, SunUp Financial, LLC, and Capital Community Bank, Inc. Upon consummation of the settlement terms, the Plaintiff will dismiss Defendants with prejudice.

Respectfully submitted this October 7, 2022, by:

        /s/ *Brandon D. Morgan*
        Brandon D. Morgan, Esq.
        Florida Bar Number: 1015954
        Seraph Legal, P. A.
        1614 N. 19th St.
        Tampa, FL 33605
        (813) 567-3434
        bmorgan@seraphlegal.com
        Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

   I hereby certify that on October 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendants' counsel via e-mail and a CM/ECF e-service system notice sent to all attorneys of record.

                   */s/ Brandon D. Morgan*
                   Brandon D. Morgan, Esq.
                   Florida Bar Number: 1015954