**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Fort Lauderdale Division

Case No. 0:22-cv-61644-DPG

**JASSID TILLMAN,**

            Plaintiff,

v.

**SUNUP FINANCIAL, LLC, AND**
**CAPITAL COMMUNITY BANK, INC.,**

            Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Jassid Tillman, and Defendants, SunUp Financial, LLC, and Capital Community Bank, Inc., hereby inform the Court that the issues between them have been resolved and hereby jointly stipulate to dismiss this action with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted on November 7, 2022, by:

| | |
|---|---|
| */s/ Brandon D. Morgan* | */s/ Gillian D. Williston, with permission* |
| Brandon D. Morgan, Esq. | Gillian Williston, Esq. |
| Florida Bar No. 1015954 | Florida Bar No. 14270 |
| Seraph Legal, P.A. | Troutman Pepper |
| 1614 N. 19th St. | Hamilton Sanders LLP |
| Tampa, FL 33605 | 222 Central Park Ave., Suite 200 |
| 813-567-1230 | Virginia Beach, VA 23462 |
| Fax: 855-500-0705 | (757) 687-7517 |
| bmorgan@seraphlegal.com | Gillian.Williston@troutman.com |
| Counsel for Plaintiff | Counsel for Defendants |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on all Parties, via a CM/ECF e-service system notice sent to all attorneys of record.

                                                                      */s/ Brandon D. Morgan*
                                                                      Brandon D. Morgan, Esq.
                                                                       Florida Bar No. 1015954